DAN M. WINDER, ESQ.
Nevada State Bar No. 1569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No. 810
SCOTT C. DORMAN, ESQ.
Nevada State Bar No. 13108
LAW OFFICE OF DAN M. WINDER, P.C.
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile: (702) 474-0631
winderdanatty@aol.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLENE BYNUM individually, as the wife of RONALD BYNUM and as the Guardian of the Person and Estate of RONALD BYNUM,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS; JACOB RAY (P#1886); RODRIGO DELARA (P#2417); JOHN E TONRY (P#1684); JESSE LEE CESENA (P#2425); ALEXANDER PEREZ; JEFFREY K. LYTLE; YAPHET MILLER; JOHN LANSING; SCOTT NIELSEN; STEVEN MCKLEIN CITY OF LAS VEGAS; MICHELLE FREEDMAN; CITY OF LAS VEGAS CORRECTIONAL OFFICERS: ALGIN BROOKS, ANGEL JONES, ASHWORTH, CORY PRICE, DANIELLE STONE, GABRIELLE ABBOT, JASON JONES, JENNIFER BRADFORD, JOSHUA LOPER, JULIO OLARTE, KATHLEEN HENLEY, L. HENDERSON, LANDROVE, LEIGH MANN, LORIN | Case No.: 2:17-cv-02102-APG-VCF<br><br>Case No.: 2:18-cv-00354-MMD-CWF<br><br>**STIPULATION and ORDER TO CONSOLIDATE** |

1

SMITH, M. SZOSTEK, MARCOS PARKER, MICHAEL DARREN, MILETTE JONES, OFFICER CREAGER, OFFICER EDWARDS, OFFICER JERNEE, OFFICER KAHELE, OFFICER KATZ, OFFICER MANRA, OFFICER MARKITZ, OFFICER ROGERS, RAMON BROOKINS, ROBERT MORRIS, S. MARTINEZ, Sergeant B. GRIFFITH, Sergeant KELLEHER, SERGEANT ALVIN KENON, Sergeant LARRY GRAVES, SCOTT EDWARDS, STEVE CHESNEY, TRAVIS ROZ, WESLEY STONE, SERGEANT DENT, CESAR LANDROVE; CORRECT CARE SOLUTIONS, LLC, a purported Kansas Limited Liability Company, Correct Care Solutions Nurses: CN HAPLIN, CHARGE NURSE, NOREEN EVANS, NURSE ANDERSON, NURSE AVEN, NURSE DARDEN, FRANCESCA NOCE, NURSE NARE, NURSE NOCE, CHRISTOPHER NEHLS, HAYDEE. TOLENTINO, JENNIFER SWAN, CHRISTINA SCHADE, BARBARA BUTTINO CORRECT CARE MANAGERS 1-10; CORRECT CARE EMPLOYEES 1-10; CORRECT CARE MD OR DO'S 1-5, MEDICAL DIRECTOR'S 1-5 DOES 1-100 and DOE ENTITIES 1-10.

Defendants.

## STIPULATION AND ORDER TO CONSOLIDATE

Plaintiff Charlene Bynum, by and though his counsel of record, The Law Office of Dan M. Winder, P.C. and Defendant City of North Las Vegas and Defendant City of Las Vegas et al., by and through its counsel of record, Lewis Brisbois Bisgaard & Smith LLP and Las Vegas City Attorneys Office hereby stipulate and agree to the consolidation of Plaintiff Charlene Bynum's two civil cases against Defendant City of North Las Vegas et al. (Case No. 2:17-cv-02102-APG-(VCF) ("first case") and Case No. 2:18-cv-00354-MMD-CW ("second case")). The parties agree

2

that common questions of law and fact are present in the two cases, judicial economy would be served with consolidation, and Defendant will not suffer prejudice due to consolidation.

1. The parties further stipulate and agree that this Honorable Court has subject matter jurisdiction This action is authorized and instituted pursuant 42 U.S.C. §1983. .Jurisdiction is found upon federal question jurisdiction under 28 USC 1331 as this case is a civil action arising under the Constitution and Laws of the United States, particularly the Fourteenth Amendment (due process) and the Eighth Amendment.

2. PLAINTIFF CHARLENE BYNUM alleges, on information and belief, the North Las Vegas Police, under circumstances where they knew her husband Ronald Bynum required medical attention, threw her husband Ronald Bynum to the ground, beat him, and stunned him, that they, along with the North Las Vegas Ambulance crew, denied him medical treatment and took him to the City of Las Vegas Jail. While there, the jailers failed to allow him treatment for his worsening medical condition, beat him and let him suffer a cardiac arrest. The jailers resuscitated him and sent him to Sunrise Hospital in a coma. Ronald Bynum remains in a coma to this day.

///

///

///

This stipulation is entered into in good faith and not for the purpose of any undue delay.

Dated this 5th day of March, 2018.

| | |
|---|---|
| Law Office of Dan M. Winder, P.C. | Lewis Brisbois Bisgaard & Smith LLP |
| /s/ Dan M. Winder | /S/ Noel E. Eidsmore |
| DAN M. WINDER, ESQ. | ROBERT W. FREEMAN, ESQ. |
| Nevada State Bar No. 1569 | Nevada State Bar No. 3062 |
| ARNOLD WEINSTOCK, ESQ. | NOEL E. EIDSMORE, ESQ. |
| Nevada State Bar No. 810 | 6385 S. Rainbow Blvd., Suite 600 |
| SCOTT C. DORMAN, ESQ. | Las Vegas, Nevada 89146 |
| Nevada State Bar No. 13108 | *Attorneys for Defendant North Las Vegas* |
| 3507 W. Charleston Blvd. | |
| Las Vegas, NV 89102 | |
| *Attorneys for Plaintiff* | |

Las Vegas City Attorney

/s/ John A. Curtas
BRADFORD R. JERBIC
By: City JOHN A. CURTAS
Deputy City Attorney
495 South Main Street, Sixth Floor
Las Vegas, Nevada 89101
Tel: (702) 229-6629
Fax: (702) 386-1749
jacurtas@lasvegasnevada.gov
Attorneys for Defendants

## ORDER

IT IS SO ORDERED.

Dated this __6th__ day of _____March_____, 2018

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, LR IC 4-1, and LR 5-1, I hereby certify that I am an employee of the LAW OFFICE OF DAN M. WINDER, P.C., and that on the 5th day of March, 2018, I served the foregoing **STIPULATION AND ORDER TO CONSOLIDATE PLAINTIFF'S TWO CASES AGAINST DEFENDANT CITY OF NORTH LAS VEGAS ET AL.** on counsel as follows:

This Honorable Court's CM/ECF System:

City of Las Vegas and Michele Freeman
ROBERT W. FREEMAN, ESQ.
Robert.Freeman@lewisbrisbois.com
NOEL E. EIDSMORE, ESQ.
Noel.Eidsmore@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600 Las Vegas, NV 89118
Tel: (702) 893-3383
Fax: (702) 893-3789
Attorneys for Defendants
City of North Las Vegas


BRADFORD R. JERBIC
By: City JOHN A. Attorney CURTAS
Deputy City Attorney
495 South Main Street, Sixth Floor
Las Vegas, Nevada 89101
Tel: (702) 229-6629
Fax: (702) 386-1749
jacurtas@lasvegasnevada.gov
Attorneys for Defendants

_/s/ James R. Winder_
Employee of the Law Office of Dan M. Winder P.C.

5